# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT M. GRAY, | : | CIVIL NO.: 1:20-cv-02323 |
| Plaintiff, | : | |
| v. | : | (Magistrate Judge Schwab) |
| KRISTINA L. PALMER, | : | |
| Defendant. | : | |

## ORDER
February 11, 2021

The plaintiff, Robert M. Gray ("Gray"), filed a motion for default judgment (*doc. 8*) and a motion to compel discovery (*doc. 13*). Gray's motion for default judgment is merely the first page of our form for a judgment in a civil action. *Doc. 8*. The defendant, Kristina L. Palmer ("Palmer"), filed a motion to strike Gray's motion for default judgment on January 22, 2021, as violative of the requirements for pursuing a default judgment under Federal Rule of Civil Procedure 55. *Doc. 11*. Gray made no response to Palmer's motion to strike, and the time for such a response has elapsed.

Gray's motion to compel discovery seeks a list of documents from Palmer and American Legion Post 26. *Doc. 13*. In keeping with the Federal Rules of Civil Procedure and the Local Rules of the Middle District of Pennsylvania, Gray must confer with defense counsel by way of a deficiency letter in a good faith effort to

resolve by agreement the discovery issues raised before seeking the intervention of the court.

In keeping with the foregoing, **IT IS ORDERED** that Palmer's motion to strike Gray's motion for default judgment is **GRANTED**, and Gray's motion for default judgment is **STRICKEN**.  **IT IS FURTHER ORDERED** that Gray's motion to compel discovery is **DENIED**, and Gray shall not file additional motions to compel discovery before making a good faith effort to resolve any discovery issues with defense counsel.

<u>*S/Susan E. Schwab*</u>
Susan E. Schwab
United States Magistrate Judge