# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT M. GRAY, | : | CIVIL NO.: 1:20-cv-02323 |
| Plaintiff, | : | (Magistrate Judge Schwab) |
| v. | : | |
| KRISTINA L. PALMER, | : | |
| Defendant. | : | |

## ORDER
October 25, 2021

For the reasons set forth in the Memorandum Opinion filed concurrently with this Order, **IT IS ORDERED** that Defendants' motion to dismiss (*doc. 25*) is **GRANTED**. Gray's amended complaint, in its entirety, is dismissed with prejudice as to Defendant Kristina Palmer. The Clerk of Court shall close this case.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge